1  Mark D. Lytle*
   mlytle@nixonpeabody.com
2  NIXON PEABODY LLP
   799 9th Street NW, Suite 500
3  Washington, DC 20001-5327
   Tel: (202) 585-8000
4  Fax: (202) 585-8080
   *Pro Hac Vice forthcoming
5
   Aaron M. Brian (State Bar No. 213191)
6  abrian@nixonpeabody.com
   NIXON PEABODY LLP
7  300 S. Grand Avenue, Suite 4100
   Los Angeles, CA  90071-3151
8  Tel:  213-629-6000
   Fax:  213-629-6001
9

10 Attorneys for Defendant
   NO LABELS
11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14 RAE STEWARD,                          | Case No. 24-mc-80209-SVK

15        Plaintiff,                      | **[PROPOSED] ORDER REGARDING**
                                          | **ADMINISTRATIVE MOTION TO**
16     vs.                                | **CONSIDER WHETHER ANOTHER**
                                          | **PARTY'S MATERIAL SHOULD BE**
17 NO LABELS,                             | **SEALED**

18        Defendant.                      | (Related to Case No. 1:23-cv-01384 (GBW)
                                          | (SLC), pending in the United States District
19                                        | Court for the District of Delaware)

20
        Having reviewed Defendant's Administrative Motion to File Under Seal and the
21
   Declaration of Aaron M. Brian in support thereof, the Court ORDERS that:
22
        No Labels' Opposition to the Motion to Quash, and Exhibit B thereto, shall remain filed
23
   conditionally under seal for ten (10) days after the date they were originally filed conditionally
24
   under seal, pursuant to the Amended Protective and Confidentiality Order in this case and Civil
25
   Local Rule 79-5(e).
26

27 Dated: _____        _____
                                          Magistrate Judge Susan van Keulen
28
   4890-2718-9470.1
                                                    [PROPOSED] ORDER GRANTING
                                                    MOTION TO FILE UNDER SEAL