Mark D. Lytle*
mlytle@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW, Suite 500
Washington, DC 20001-5327
Tel: (202) 585-8000
Fax: (202) 585-8080
*Pro Hac Vice forthcoming

Aaron M. Brian (State Bar No. 213191)
abrian@nixonpeabody.com
NIXON PEABODY LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151
Tel: 213-629-6000
Fax: 213-629-6001

Attorneys for Defendant
NO LABELS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAE STEWARD,<br><br>            Plaintiff,<br><br>     vs.<br><br>NO LABELS,<br><br>            Defendant. | Case No. 24-misc-80209-SVK<br><br>**DECLARATION OF AARON M. BRIAN IN SUPPORT OF NO LABELS' OPPOSITION TO RAE STEWARD'S MOTION TO QUASH OR FOR PROTECTIVE ORDER** |

I, Aaron M. Brian, declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am over the age of 18 and I make this affidavit based on personal knowledge.

2. I am an attorney with the law firm Nixon Peabody LLP, 300 South Grand Avenue, Suite 4100, Los Angeles, CA 90071 representing Defendant No Labels ("No Labels" or "Defendant").

4886-1071-1264.1

3.      I make this declaration in support of No Labels' Opposition to Rae Steward's Motion to Quash or for Protective Order based on my information, knowledge and belief and the records in this matter.

4.      The subpoena and motion to quash emanate from a case pending in the U.S. District Court for the District of Delaware titled *No Labels v. Nolabels.com Inc.*, and with case number 1:23-cv-01384 ("Underlying Action").

5.      Attached as **Exhibit A** is a true and correct of Washington Post Article dated June 14, 2023.

6.      Attached as **Exhibit B** is a true and correct copy of the May 7, 2023 email between Lucy Caldwell and Dmitri Mehlhorn.  This document was produced by Lucy Caldwell in the Underlying Action, bates labeled CALDWELL-R_000425-427, and designated Confidential.

7.      Attached as **Exhibit C** is a true and correct copy of the December 19, 2023 email from Dmitri Mehlhorn to Jennifer Frost and Lucy Caldwell.  This document was produced by Lucy Caldwell in the Underlying Action, bates labeled CALDWELL-R_004623-4624.  Although initially designated Confidential, the attorney for Caldwell has agreed to withdraw that designation.

8.      Attached as **Exhibit D** is a true and correct copy of the Subpoena issued to Rae Steward un the Underlying Action.

9.      Attached as **Exhibit E** is a true and correct copy of counsel's email chain from July 10, 2023-August 13, 2023 including their meet and confer discussions on the scope of the subpoenas.

10.     Attached as **Exhibit F** is a true and correct copy of the Declaration of Jerald S. Howe, Jr. in the Underlying Action, along with various exhibits attached thereto.

11.     Attached as **Exhibit G** is a true and correct copy of the Complaint filed in the Underlying Action (ECF 1).

12.     Attached as **Exhibit H** is a true and correct copy of the Temporary Restraining Order entered in the Underlying Action (ECF 26).

13.     Attached as **Exhibit I** is a true and correct copy of the February 22, 2024 Preliminary Injunction Order entered in the Underlying Action (ECF 79).

14. Attached as **Exhibit J** is a true and correct copy of the December 9, 2023 email from Rae Steward to Lucy Caldwell, Christina Sabella, Rae Steward, Dmitri Mehlhorn and Matt Bennett re: "Invitation for a 12/14 meeting to stop No Labels." Rae Steward signed the email as "Chief Operating Officer" for Investing in US. This document was produced by Lucy Caldwell in the Underlying Action, bates labeled CALDWELL-R_004313-4314. Although initially designated Confidential, the attorney for Caldwell has agreed to withdraw that designation.

15. Attached as **Exhibit K** is a true and correct copy of Rae Steward's LinkedIn profile, where she describes herself as Managing Partner at Investing in U.S.

16. Attached as **Exhibit L** is a true and correct copy of transcript excerpts from the March 28, 2024 deposition testimony of Lucy Caldwell in the Underlying Action. Although initially designated "Attorney Eyes Only", counsel for Caldwell agreed to de-designate the portions cited in the Opposition. Some testimony on the attached pages was not cited in the Opposition, those portions have been redacted.

17. Attached as **Exhibit M** is a true and correct copy of transcript excerpts from the January 30, 2024 deposition testimony of Charles Anthony Siler in the Underlying Action. Although some portions were initially designated "Confidential", counsel for Siler agreed to de-designate the portions cited in the Opposition. Some testimony on the attached pages was not cited in the Opposition, those portions have been redacted.

18. Attached as **Exhibit N** is a true and correct copy of the pitchdeck prepared by Charles Siler (bates label no. NoLables.com 000254-000267). Although this document was designated Confidential, initially, it was disclosed and discussed at a public hearing in the Underlying Action and is no longer Confidential nor subject to the Protective Order.

19. Attached as **Exhibit O** is a true and correct copy of the May 3, 2023 email from Dmitri Mehlhorn to Lucy Caldwell, and attachment thereto. This email, and the attachment, were produced by Lucy Caldwell in the Underlying Action, bates labeled CALDWELL-R_000300 and CALDWELL-R_301-303. Although initially designated Confidential, the attorney for Caldwell has agreed to withdraw that designation.

20. Attached as **Exhibit P** is a true and correct copy of the October 17, 2023 email from Lucy Caldwell to Christina Sabella, Rae Steward and Dmitri Mehlhorn. This document was produced by Lucy Caldwell in the Underlying Action, bates labeled CALDWELL-R_002661. Although initially designated Confidential, the attorney for Caldwell has agreed to withdraw that designation.

21. Attached as **Exhibit Q** is a true and correct copy of the November 5, 2023 Invitation from Christina Sabella to Lucy Caldwell, Rae Steward and Dmitri Mehlhorn re: No Labels. This document was produced by Lucy Caldwell in the Underlying Action, bates labeled CALDWELL-R_003151. Although initially designated Confidential, the attorney for Caldwell has agreed to withdraw that designation.

22. Attached as **Exhibit R** is true and correct excepts from February 15, 2024 deposition testimony of Joshua Silver. Although some portions were initially designated "Confidential", counsel for Silver agreed to de-designate the portions cited in the Opposition. Some testimony on the attached pages was not cited in the Opposition, those portions have been redacted.

23. Plaintiff attempted to serve a subpoena on Investing in US ("IIU") and was advised by counsel for Rae Steward and Dmitri Mehlhorn that IIU is not a legal entity capable of service. Plaintiff has served the IIU Subpoena on Rae Steward, who holds herself out as the Chief Operating Officer and Managing Partner of IIU. See Exhibits J and K, *supra*.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 3rd day of September , 2024.

                                                 /s/Aaron M. Brian
                                                 Aaron M. Brian

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that on September 3, 2024, I caused copies of the foregoing document to be served on the following counsel of record in the manner indicated below:

**BY EMAIL**

| | |
|---|---|
| John C. Quinn<br>Joshua A Matz<br>Hyatt Mustefa<br>Jackson Erpenbach<br>Hecker Fink LLP<br>350 Fifth Avenue, 63rd Floor<br>New York, NY 10118<br>jquinn@heckerfink.com<br>jmatz@heckerfink.com<br>hmustefa@heckerfink.com<br>jerpenbach@heckerfink.com<br>*Attorneys for Rae Steward* | Mark M. Billion<br>BILLION LAW<br>1073 S. Governors Avenue<br>Dover, Delaware 19904<br>Email: mbillion@billionlawgroup.com<br><br>Elizabeth S. Fenton<br>Ballard Spahr LLP<br>919 North Market Street, 11th Floor<br>Wilmington, DE 19801-3034<br>302-252-4454<br>Fax: 302-252-4466<br>Email: fentone@ballardspahr.com |
| Daniel Blinka<br>Godfrey Kahn<br>833 East Michigan Street, Suite 1800<br>Milwaukee, WI 53202<br>414.287.9489<br>DBlinka@gklaw.com<br>*Attorneys for Non-Party Lucy Caldwell* | *Attorneys for Nolabels.com Inc.* |

                                */s/Aaron M. Brian*
                                Aaron M. Brian

DECLARATION IN SUPPORT OF NO LABELS' OPPOSITION TO STEWARD'S MOTION TO QUASH