# EXHIBIT B

**From:** Lucy Caldwell <lucy@mockingbirdlab.com>
**To:** Dmitri Mehlhorn <Dmitri@investingin.us>
**Subject:** Some early thoughts on NL approach
**Date:** Sun, 07 May 2023 10:07:49 -0500

---

Still a lot to organize/much more to come, but just starting to get this on paper, so to speak, as I begin to craft a campaign plan. Nothing needed, just keeping you apprised as I get underway.

Thanks!
LMC

\*\*\*

**Approach**

To best neutralize the No Labels unity ticket effort, it's helpful to think about this in a handful of phases with unique audiences and goals in each phase. Each phase should hedge against things getting worse in the next (more ballot access, more funds raised, more positive press for NL, more momentum). Essentially, the more successful we are in the early phases, the less likely we are to have to engage in later phases.

The No Labels unity ticket is a looming forest fire. Right now, we still have time to do forest management, controlled burns e.g. sustained media campaign to destroy their brand, separate them from their allies. Opting for more "in your face" tactics like protesting outside founders'/donors' homes, massive grassroots activations, etc are not necessarily off the table, but they do not serve us well in these earlier phases. Think of those tactics as flame retardant/super-scooper planes–that is, the last resort for when the fire is burning out of control and we have exhausted the options of our earlier phase.

That said, the approach has to be two-fold. Our main focus should be brand destruction but, where possible, we also need to throw up any and all roadblocks to stop them from being successful at signature-gathering.

**Timeframe**

*May 2023 - December 2023 (Now)* – Make No Labels devastatingly toxic to the point that their allies are peeled away from them e.g. Lieberman et al resign, and then only people associating with them are those who are conceding they would take the risk of a second Trump presidency. Stop in tracks wherever possible NL from successfully signature-gathering…

*January–April 2024* – Build on work of earlier phase; Continue to try to block signature-gathering; Amp up negative press against NL and initiate public information campaign about how this would only help Trump. Our best hope here is to stop any viable national Democrat from associating/joining the NL ticket. Consider any and all creative tactics here, including hijacking NL ballot line in states with early filing deadlines to create confusion (ex. make NL seem like they might be totally crazy/right-wing wackos to mid-low-info voters.)

*April–July 2024* - Should the very bad outcome of a NL unity-ticket being nominated at the group's April convention, this is when we will need to push BIG, sustained campaign to pull out all the stops to get the ticket to drop out. Almost certainly by appealing to the Democrat on the ticket.

*August–November 2024* - This is a nuclear-grade threat in which we have exhausted all of our early hedge options and are forced into a live campaign environment. We really don't want to be in this environment.

**Goals & Tactics, etc**

- Make No Labels Brand socially, professionally toxic
- Divorce No Labels entity from Problem Solvers Caucus
- Stop NL from successfully signature-gathering

- Convene stakeholders, with an emphasis on those who come from the right – Third Way has done a good job of beginning to bring some of these folks together but they are almost all center-left. Matt Bennett and I spoke a couple of times this week and agreed to work together to facilitate a meeting later this month to bring people out of the dark
    - We especially need to wake up/build up resistance from pro-democracy folks associated with the political right (Lincoln Project does not count)
- Generate a big press moment - ex. national op-ed in USAToday; signed letter of many well-known names, to plant a flag and create space for more people to come out against NL
    - Set up sleek/simple microsite for "regular people" to join/get involved in fighting this; We may never do much with this asset, but we need to show the appearance of a significant resistance to the NL effort
- Sustained earned media campaign - national + regional, based on where NL is signature-gathering at the moment
    - Accompanying paid media
    - Establish a rapid-response team
- Wide-net influencer campaign - starve NL of supporters across many constituencies
    - Focus on center-right - Gunston Group, Niskanen-aligned, Center Right Alliance; former electeds from folks like Jeff Flake (very gettable) to Fred Upton (reach goal)
    - Focus on Problem Solvers Caucus - working on getting some Republican members to come out against this, if possible, so that
    - Focus on disaffected Republicans, moderate voters
    - Focus on state and local figures considered "pro-democracy" in their areas
- Expose, uncover their donors - Consider whether or not the link between NJ and MP's companies creates distrust or is best left alone
- Facilitate local activists and voters to stand up their own local opposition to NL's efforts as signature-gathering continues
    - Work to replicate the case of Georgia, where the local NL chapter has come out in opposition to the unity ticket

**Running list of information to gather/questions to answer**

- Determine where NL is currently signature-gathering or is about to begin – to the degree that we/allies don't already know this, we should be able to figure it out through public records requests to Secretaries of State to gauge when and where they're hiring signature gatherers/pulling petitions out in field. We can

use this information to drive earned media/ads (should we choose) in those target states to discourage . Any ad strategy should be as surgical as possible.

- Find a disaffected No Labels staffer or former employee/consultant with inside knowledge of an updated donor list, payments and contracts made/with Stagwell Marketing Cloud, and more.

- Use allies connected in media/etc to try to acquire complete set of polling done by NL to date. (They've only released bits and pieces of polling that's favorable, go figure).

- Who are these donors/who are the other candidates/electeds and causes they are supporting? – Can we facilitate those candidates/electeds to act as surrogates to NL funders?

**Parking lot/ (to revisit down the line)**

What does it take to revoke ballot access in places where they have gotten it already, outside of court challenges around signatures, technicalities? Probably not worth it, but interesting to consider?

When and how will recently passed campaign finance reforms like the one passed in Arizona last year/going into effect at the beginning of 2024 force NL to disclose donors and other goings-on?

In the future (early next year), consider other tactics that could make brand toxic, like hijacking their ballot line and pushing extremist candidates to muddy the NL brand - in some places, they have gotten "party" status, so there is nothing they could do to stop this.


--
Lucy Caldwell
@lucymcaldwell
linkedin.com/in/lucy-caldwell