John C. Quinn*
Matthew J. Craig (SBN 350030)
Hyatt Mustefa*
Jackson Erpenbach*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
jquinn@heckerfink.com
mcraig@heckerfink.com
hmustefa@heckerfink.com
jerpenbach@heckerfink.com
* admitted pro hac vice

Marc S. Williams (SBN 198913)
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
(213) 232-5160
mwilliams@cohen-williams.com

Attorneys for Plaintiff Rae Steward

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RAE STEWARD,<br><br>  Plaintiff,<br><br>v.<br><br>NO LABELS,<br><br>  Defendant. | Misc Case No. 5:24-mc-80209-SVK<br><br>Underlying Litigation: *No Labels v. Nolabels.com Inc.*, No 23 Civ. 1384 (D. Del.)<br><br>**JOINT STATUS UPDATE**<br><br>Date:    11/8/2024 |

Pursuant to the Court's October 24, 2024 Tentative Rulings, ECF 28 at 2, the parties write jointly to inform the Court that the parties have met and conferred and have reached an agreement on a search protocol, consistent with the Court's Tentative Rulings, and do not need further intervention from the Court at this time. Accordingly, the Parties respectfully request that the November 13, 2024 hearing be vacated. The Parties thank the Court for its guidance and will advise the Court of any issues or disputes, should any arise.

[SIGNATURES APPEAR ON THE NEXT PAGE]

| | | |
|---|---|---|
| 1 | November 8, 2024<br>New York, New York | |
| 2 | | /s/ John C. Quinn |
| | | John C. Quinn* |
| 3 | | Matthew J. Craig (SBN 350030) |
| | | Hyatt Mustefa* |
| 4 | | Jackson Erpenbach* |
| | | HECKER FINK LLP |
| 5 | | 350 Fifth Avenue, 63rd Floor |
| | | New York, New York |
| 6 | | Telephone: (212) 763-0883 |
| | | jquinn@heckerfink.com |
| 7 | | mcraig@heckerfink.com |
| | | hmustefa@heckerfink.com |
| 8 | | jerpenbach@heckerfink.com |
| | | * Admitted Pro Hac Vice |
| 9 | | |
| | | Marc S. Williams (SBN 198913) |
| 10 | | COHEN WILLIAMS LLP |
| | | 724 South Spring Street, 9th Floor |
| 11 | | Los Angeles, CA 90014 |
| | | (213) 232-5160 |
| 12 | | mwilliams@cohen-williams.com |
| 13 | | *Attorneys for Plaintiff Rae Steward* |
| 14 | | |
| 15 | November 8, 2024<br>Washington, D.C. | |
| 16 | | /s/ Mark D. Lytle |
| | | Mark D. Lytle* |
| 17 | | mlytle@nixonpeabody.com |
| | | NIXON PEABODY LLP |
| 18 | | 799 9th Street NW, Suite 500 |
| | | Washington, DC 20001-5327 |
| 19 | | Tel: (202) 585-8000 |
| | | Fax: (202) 585-8080 |
| 20 | | *Admitted Pro Hac Vice |
| 21 | | Aaron M. Brian (State Bar No. 213191) |
| 22 | | abrian@nixonpeabody.com |
| | | NIXON PEABODY LLP |
| 23 | | 300 S. Grand Avenue, Suite 4100 |
| | | Los Angeles, CA 90071-3151 |
| 24 | | Tel: 213-629-6000 |
| | | Fax: 213-629-6001 |
| 25 | | |
| | | *Attorneys for Defendant No Labels* |
| 26 | | |
| 27 | | |
| 28 | | |

STEWARD V. NO LABELS (NO. 5:24-MC-80209-SVK)
JOINT STATUS UPDATE - 2